# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

CARRIE MAYO,                )
                            )
       Plaintiff,     )
                            )
v.                          )    Case No.    **4:20-CV-00099-BCW**
                            )
QUIKTRIP CORP.,             )
                            )
       Defendant.     )

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree that the Amended Complaint be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

**PRESLEY & PRESLEY LLC**

/s/ Matthew A. McCoy
Kirk R. Presley    MO #31185
Matthew A. McCoy    MO #68240
4801 Main Street, Suite 375
Kansas City, MO 64112
Phone: (816) 931-4611
Fax:    (816) 931-4646
Email: Kirk@presleyandpresley.com
matthew@presleyandpresley.com
*Attorneys for Plaintiffs*

ARMSTRONG TEASDALE LLP

By: /s/ Brian M. Nye
Karrie J. Clinkinbeard    #51413
Brian M. Nye    #69545
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
816.221.3420
816.221.0786 (Facsimile)
kclinkinbeard@atllp.com

1

bnye@atllp.com
*Attorneys for Defendant*
*QUIKTRIP CORPORATION*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2020, a true and accurate copy of the forgoing document was filed utilizing the Courts CM/ECF system, which delivers electronic notification of said filing upon all counsel of record.

/s/ Matthew A. McCoy
Matthew A. McCoy